| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 21CR00076 |
|---|---|---|
| # TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 2:25-cr-00206-JAD-NJK-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT 0976 | DIVISION 4 |
|---|---|---|
| JONATHAN MANUEL MARTINEZ<br>LAS VEGAS, NEVADA 89123 | ✓ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>JULY 11 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: AMMi DEPUTY | NAME OF SENTENCING JUDGE<br>David C. Nye Chief United States District Judge |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/27/2024 — TO 08/26/2027 |

**OFFENSE**
18 §§ 922(g)(1) and 924(a)(2) Prohibited Person in Possession of a Firearm

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Martinez is employed full time, he is attending drug testing as required, and he as completed his substance abuse treatment assessment and was not recommended for treatment through our third-party treatment provider. To date there are no concerns of non-compliance. Mr. Martinez intends to remain in Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF     Idaho

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 10, 2025                    *[signature]*
*Date*                                              *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF     Nevada

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/11/2025                    *[signature]*
*Effective Date*                                    *United States District Judge*

1